UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNA SONGSTAD,<br><br>       Plaintiff(s),<br><br>  v.<br><br>BRUCE EDWARD BEGEMANN,<br><br>       Defendant(s). | No. C10-2401 BZ<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

At the request of plaintiff to continue the case management conference and defendant having made no appearance, **IT IS HEREBY ORDERED** that the case management conference presently scheduled for Monday, November 1, 2010, is **continued** to **Monday, January 3, 2011 at 4:00 p.m.**, in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.

Dated: October 29, 2010

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\SONGSTAD V. BERGEMANN\ORDER CONTINUING CMC.wpd

1