JONATHAN K. VAN PATTEN
12203 Nemo Road
Nemo, SD  57759
Telephone:  (605) 578-1726
Facsimile:   (605) 578-1727
jvanpatt@usd.edu
State Bar Number:  58529

WILLIAM J. JANKLOW
1700 W. Russell Street
Sioux Falls, SD  57104
Telephone:  (605) 332-0101
bill@janklowlawfirm.com

GEOFFREY R. HUDSON
P.O. Box 2547
Napa, CA  94558
(707) 265-0900
(707) 265-0907
grhattorney@sbcglobal.net
State Bar Number: 52486

Attorneys for the Plaintiff –
JENNA SOGNSTAD

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JENNA SONGSTAD, | ) | Civ. No. 10-02401-BZ |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | MOTION TO APPEAR BY |
| | ) | TELEPHONE OR, IN THE |
| BRUCE EDWARD BEGEMANN | ) | ALTERNATIVE, |
| | ) | TO CONTINUE HEARING |
| Defendant. | ) | |
| | ) | |

COMES NOW the Plaintiff, Jenna Songstad, by and through her attorneys of record, and hereby moves this Court for an Order permitting the Plaintiff's counsel to appear by telephone on January 3, 2011 at 4:00 p.m. or, in the alternative, for an Order

1

continuing the Case Management Conference. In support of this motion, the Plaintiff would show the following:

      1.     After some difficulty, the Defendant was personally served on September 21, 2010. (Doc. No. 8). To date, the Defendant has not filed any responsive pleading in this action.

      2.     The Plaintiff filed a Rule 26 Report, as required by this Court's initial scheduling order, noting the problem of preparing the Report without meeting with any opposing counsel.

      3.     The Plaintiff will file this week a motion for a default judgment to be entered by the Clerk (FRCP Rule 55(a)).

      4.     A Case Management Conference is scheduled in this Court on January 3, 2011, at 4:00 p.m. In light of the fact that there has been no appearance by the Defendant, the Plaintiff's counsel request permission to appear at this hearing by telephone or, in the alternative, for this Court to enter an order to continue the hearing to a future date.

      Dated this 3d day of January, 2011.

**MOTION GRANTED. CMC continued to February 7, 2011 at 4:00 p.m. Plaintiff shall serve defendant with this Order. Plaintiff shall file a request for default by January 10, 2011.**

DATED: 1/3/2011



VAN PATTEN LAW OFFICE

/s/ Jonathan K. Van Patten
JONATHAN K. VAN PATTEN
12203 Nemo Road
Nemo, SD  57759
Telephone: (605) 578-1726
Facsimile: (605) 578-1727
jvanpatt@usd.edu
State Bar Number: 58529


JANKLOW LAW FIRM, PROF. L.L.C.


/s/ William J. Janklow
WILLIAM J. JANKLOW
1700 W. Russell Street
Sioux Falls, SD  57104
(605) 332-0101

2

bill@janklowlaw.com

GEOFFREY R. HUDSON

/s/ Geoffrey R. Hudson
GEOFFREY R. HUDSON
P.O. Box 2547
Napa, CA  94558
(707) 265-0900
grhattorney@sbcglobal.net
State Bar Number:  52486

Attorneys for the Plaintiff –
JENNA SOGNSTAD

## CERTIFICATE OF SERVICE

Jonathan K. Van Patten hereby certifies that on the 3d day of January, 2011, he filed electronically or mailed by United States mail, first class postage thereon prepaid, true and correct copies of the foregoing in the above captioned action to the following at his last known address:

Bruce Edward Begemann
128 Salice Way
Campbell, CA  95008

/s/  Jonathan K. Van Patten
JONATHAN K. VAN PATTEN

3