UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNA SONGSTAD,<br><br>      Plaintiff(s),<br><br>v.<br><br>BRUCE EDWARD BEGEMANN,<br><br>      Defendant(s). | No. C10-2401 BZ<br><br>**ORDER VACATING CASE MANAGEMENT CONFERENCE** |

Defendant's default having recently been entered, the Court finds no need for a case management conference and **VACATES** the conference scheduled for **today, February 7, 2011 at 4:00 p.m.** Plaintiff shall move for entry of a default judgment forthwith.

Dated: February 7, 2011

                                      Bernard Zimmerman
                                 United States Magistrate Judge

G:\BZALL\-BZCASES\SONGSTAD V. BERGEMANN\ORDER VACATING CMC.wpd

1