UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNA SONGSTAD,<br><br>    Plaintiff(s),<br><br>v.<br><br>BRUCE EDWARD BEGEMANN,<br><br>    Defendant(s). | No. C10-2401 BZ<br><br>**ORDER RESCHEDULING HEARING ON PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT** |

    Having received plaintiff's notice of hearing for entry of damages for default judgment (Docket No. 19), **IT IS HEREBY ORDERED** that the hearing is rescheduled to **Wednesday, May 25, 2011 at 10:00 a.m.** in Courtroom G, 15th Floor, Federal Building, San Francisco, California, 94102.

    Claims for attorneys' fees should be supported by billing records.  Compliance with 50 App. U.S.C. § 501 et seq. of the Servicemembers' Civil Relief Act may not be satisfied on information and belief.  See 50 App. U.S.C. § 521(b)(1); United States v. Simmons, 508 F.Supp. 552 (E.D. Tenn. 1980)(interpreting 50 App. U.S.C. § 520(1), predecessor to 50 App. U.S.C. § 521(b)(1)).  The public website

1

https://www.dmdc.osd.mil/scra/owa/home will provide the current active military status of an individual and has instructions on obtaining certificates of service or non-service under the Servicemembers' Civil Relief Act. Plaintiff also bears the burden of providing admissible evidence that individual defendants are not infants or incompetent persons. See Rule 55(b)(2).

Plaintiff should be prepared to prove its damages by competent testimony or other admissible evidence. If plaintiff intends to prove damages by affidavits or declarations, the affiant or declarant should have personal knowledge of all matters to which she testifies. For all evidence, proper foundations must be established. For an explanation of the evidentiary requirements for proving damages in a default case, the parties are encouraged to consult Chapter Six of Civil Procedure Before Trial by William W. Schwarzer, A. Wallace Tashima, and James M. Wagstaffe.

Defendant should attend the hearing if he contests the validity or amount of plaintiff's claim. Seven days before the hearing, on **Wednesday, May 18, 2011**, plaintiff shall file a declaration setting forth in detail all steps taken to serve defendant with notice of this hearing.

Dated: March 9, 2011

Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\SONGSTAD V. BERGEMANN\DEFAULT JUDGMENT SCHEDULING ORDER.wpd

2