1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                     NORTHERN DISTRICT OF CALIFORNIA

10

11    JENNA SONGSTAD,                    )
                                         )
12              Plaintiff,               )      No. C10-2401 BZ
                                         )
13         v.                            )
                                         )      **ORDER FOR REASSIGNMENT**
14    BRUCE EDWARD BEGEMANN,             )
                                         )
15              Defendant.               )
      _____)
16

17         In view of the Report and Recommendation dated July 28,

18    2011, the clerk shall **REASSIGN** the above-captioned case

19    immediately.

20    Dated: July 28, 2011

21                                    _____
                                            Bernard Zimmerman
22                                    United States Magistrate Judge

23

24

25

26    G:\BZALL\-BZCASES\SONGSTAD V. BERGEMANN\REASSIGNMENT.ORD.wpd

27

28

                                      1