UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNA SONGSTAD,<br><br>            Plaintiff,<br><br>    v.<br><br>BRUCE EDWARD BEGEMANN,<br><br>            Defendant.<br>_____/ | No. C 10-2401 SI<br><br>**ORDER RE: PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AND COSTS** |

This Court has reviewed *de novo* the files and records in this case, and the Report and Recommendation issued by Magistrate Judge Bernard Zimmerman. This Court concurs in Judge Zimmerman's findings and analysis; and finds that plaintiff's motion for default judgment and court costs fees is properly supported and should be granted. The Court further concurs in Judge Zimmerman's determination that prevailing party attorneys' fees are not awardable under Cal. Civ. Code § 1708.5, and no such fees are awarded.

To this extent, plaintiff's motion is GRANTED and plaintiff is awarded judgment in the amount of $275,000 plus legally recoverable costs.

**IT IS SO ORDERED.**

Dated: August 12, 2011

_____
SUSAN ILLSTON
United States District Judge