UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JENNA SONGSTAD,                                                           No. C 10-2401 SI

        Plaintiff,                                                                    **JUDGMENT**

        v.

BRUCE EDWARD BEGEMANN,

        Defendant.
                                                                          /

        Judgment is hereby entered in favor of plaintiff and against defendant Bruce Edward Begemann in the amount of $275,000 plus legally recoverable costs.

**IT IS SO ORDERED.**

Dated: August 12, 2011

                                                                               _____
                                                                             SUSAN ILLSTON
                                                                             United States District Judge